E-FILED
Friday, 08 May, 2026  10:12:48 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

CHARLITA B.,

    *Plaintiff,*

v.

FRANK BISIGNANO, Commissioner of
Social Security,

    *Defendant.*

Case No. 1:25-cv-01421-RLH

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of the Plaintiff. Upon receipt of the Court's order, the Appeals Council will remand the matter to an ALJ for further proceedings, who will offer the claimant the opportunity for a new hearing; take further action to complete the administrative record, including obtaining supplemental vocational evidence, if necessary; and issue a new decision.

*So ordered.*

Entered this 7th day of May 2026.

s/ Ronald L. Hanna
_____

Ronald L. Hanna
United States Magistrate Judge
